UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 23-176 |
| VERSUS | SECTION: "R" |
| SHIRLEY HARRIS (BOND) | VIOLATION:<br>18 USC § 371<br>18 USC § 1343; 18:2 |

**NOTICE OF RE-ARRAIGNMENT**
(previously set for 3/13/2024)

AS ORDERED BY THE COURT the defendant Shirley Harris is hereby set for RE-ARRAIGNMENT on **FEBRUARY 7, 2024, at 10:00 a.m.** before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, Courtroom C279, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

PERSONS ON BOND MUST REPORT TO THE DEPUTY MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

Date: February 2, 2024

TO: Shirley Harris (BOND)

**COUNSEL FOR DEFENDANT:**
Michael Kennedy, CJA
Email: mkennedy504@gmail.com

**If you change address, notify clerk of court
by phone, 504-589-7683**

CAROL L. MICHEL, CLERK

by: Cherie Stouder, Case Manager

AUSA: Maria Carboni, T.A.
Email: maria.carboni@usdoj.gov

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

**JUDGE VANCE & MAGISTRATE**

**COURT REPORTER COORDINATOR
INTERPRETER: NO**

S/A Brandon Brown, FBI
neworleans@ic.fbi.gov